

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2019

No. 04-19-00001-CV

**IN THE COMMITMENT** of Stephen Patrick **BLACK**,

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1805-CV
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Appellant's motion for rehearing is DENIED; however, a copy of appellant's response to the show cause order issued in this appeal will be filed and docketed as a new original proceeding. Upon the issuance of this order, the clerk of the court is DIRECTED to file and docket a copy of the document filed by appellant on February 4, 2019, entitled Appellant's Motion To: Show Cause/Mandamus as a new original proceeding.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court